# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

_____ VS. _____

FOR

**FILED**
DEC 11 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

PERSON REPRESENTED (Show your full name)
**KRISTOPHER DAVIS**

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

LOCATION NUMBER

DOCKET NUMBERS
Magistrate

District Court
**07-7267**

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed  (312) 427-0284
Name and address of employer: **Bates Designs 1130 S. Wabash Chgo, IL**
IF YES, how much do you earn per month? $ **600.00**
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____ If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
RECEIVED                SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ **50.00**  **Visalus Sciences (multi-level marketing)**
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE               DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ **1,000.00**  **Believer loan CD (Midwest Bank & Trust)**

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: **0**
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
|  |  | $ 0 | $ 0 |
|  |  | $ 0 | $ 0 |
|  |  | $ 0 | $ 0 |
|  |  | $ 0 | $ 0 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **12/11/07**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)  ▶  (Kristopher Davis)