AO 442 (Rev. 5/93) Warrant for Arrest

**E-FILED**
Monday, 17 December, 2007  01:52:07 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

US MARSHALS SERVICE
CENTRAL ILLINOIS

V.

## WARRANT FOR ARREST

KRISTOPHER M. DAVIS

Case Number:  07- 7267

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Kristopher M. Davis _____

Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ■ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

conspiracy to distribute cocaine and cocaine base ("crack")

**FILED**

DEC 17 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

in violation of Title 21. United States Code, Sections 841(a)(1) and 846.

David G. Bernthal
Name of Issuing Officer

s/David G. Bernthal
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

December 5 2007  Urbana, Illinois
Date and Location

**BAIL FIXED AT $** None **by**     **DAVID G. BERNTHAL**
To be Considered at initial appearance     **Name of Judicial Officer**

| RETURN |
|---|

This warrant was received and executed with the arrest of the above named defendant at Chicago

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 12/07/07 | Colen Haas | Tony Haller |
| Date of Arrest | Title of Arresting Officer | |
| 12/10/07 | DEA | |