UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | )    No. 07 -7267 |
| | ) |
| | ) |
| KRISTOPHER M. DAVIS | ) |

**NOTICE OF MOTION**

TO:     Mr. Tim Bass
        Assistant United States Attorney,
        201 S. Vine Street
        Urbana, IL

Please take notice that on the 3rd day of January , 2008, at 2:30 p.m., we shall appear before the Honorable David G. Bernthal at the Federal Courthouse, 201 S. Vine Street, and shall present the attached motion:

–     DEFENDANT'S MOTION TO BE RELEASED ON BOND WITH
      CONDITIONS

                                        Respectfully submitted,

                                        LAWRENCE S. BEAUMONT
                                        ATTORNEY FOR DEFENDANT


                                        By:/s/Lawrence S. Beaumont
                                           Lawrence S. Beaumont


Lawrence S. Beaumont
Attorney at Law
53 W. Jackson, Suite 626
Chicago, IL  60604
(312) 765-6000