E-FILED
Thursday, 03 January, 2008   10:23:37 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | )   No. 07 -7267 |
| | ) |
| | ) |
| KRISTOPHER M. DAVIS | ) |

### CERTIFICATE OF SERVICE

I, Lawrence S. Beaumont, certify that I had a copy of the foregoing **DEFENDANT'S MOTION TO BE RELEASED ON BOND WITH CONDITION** hand-delivered on January 3, 2008 to:

> Mr. Tim Bass
> Assistant United States Attorney
> 201 South Vine Street
> Urbana, IL 60604

>                 /s/Lawrence S. Beaumont
>                 Lawrence S. Beaumont

Lawrence S. Beaumont
Attorney at Law
53 W. Jackson, Suite 626
Chicago, IL  60604
(312) 765-6000