AO 187 (Rev. 7/87) Exhibit and Witness List

E-FILED
Friday, 04 January, 2008  09:46:03 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

U.S.A.

V.

KRISTOPHER M. DAVIS

## EXHIBIT AND WITNESS LIST

Case Number:   07-7267

| PRESIDING JUDGE David G. Bernthal | PLAINTIFF'S ATTORNEY AUSA Tim Bass | DEFENDANT'S ATTORNEY Lawrence Beaumont |
|---|---|---|
| TRIAL DATE (S) Detention Hearing held 1/3/2008 | COURT REPORTER | COURTROOM DEPUTY S. Porter |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 1 /3/08 | X | X | Appraisal of Real Property (Valparaiso, IN) |
|  | 2 | 1/3/08 | X | X | GMAC Smart Watch Report (South Holland, IL) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.